UNITED STATES of America, Plaintiff–Appellee,

v.

**Brian Peter DANIELS, Defendant–Appellant.**

No. 03–30149.

D.C. No. CR–88–00189–JCC.

United States Court of Appeals, Ninth Circuit.

---

able for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Jan. 12, 2004.*

Decided Jan. 16, 2004.

Appeal from the United States District Court for the Western District of Washington; John C. Coughenour, Chief Judge, Presiding.

Mark N. Bartlett, USSE–Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Brian Peter Daniels, pro se, FCITA–Federal Correctional Institution (Taft), for Defendant–Appellant.

Before BEEZER, HALL and SILVERMAN, Circuit Judges.

MEMORANDUM**

Brian Peter Daniels appeals pro se the district court's denial of his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2). We lack jurisdiction to review a district court's discretionary decision whether to reduce a sentence pursuant to § 3582(c)(2). *See United States v. Lowe,* 136 F.3d 1231, 1233 (9th Cir.1998).

Daniels' remaining claims are not cognizable in a § 3582(c)(2) motion. *See United States v. Stockdale,* 129 F.3d 1066, 1068 (9th Cir.1997) (concluding that re-sentencing following retroactive amendment of Sentencing Guidelines is limited to application of the listed amendment, leaving "all

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

other guideline application decisions unchanged").

**DISMISSED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

